ORIGINAL

FILED

04/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0171

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0171

MICHAEL PAUL ADAMS,

Petitioner,

v.

SGT. BRADLEY BRAGG,

Respondent.

FILED

APR 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Self-represented Petitioner Michael Paul Adams petitions this Court for habeas corpus relief, claiming he is illegally incarcerated. He requests his immediate release from prison "[a]nd that [his] illegal conviction under false jurisdiction be vacated." Adams is currently held in the Lewis and Clark County Detention Center.

Adams explains that, on June 15, 2022, he was arrested "at his home located on his tribal lands at Fort Peck Reservation." Adams argues that the Lewis and Clark County arrest warrant did not have jurisdiction over tribal lands. He suggests that the State of Montana should have sought a warrant through tribal court and requested his extradition. Adams contends that the arrest was illegal because it "was predicated on an invalid warrant." Adams concludes that as a result, his conviction is illegal.

We secured a copy of the District Court's register of actions. The State sought to charge Adams in July 2022, and in January 2023, counsel for Adams moved the court to hold a change of plea hearing. The register of actions reveals the filing of an Acknowledgment of Waiver of Rights and Plea Agreement on January 19, 2023. The change of plea hearing was re-set for April 6, 2023.

Adams cannot challenge his conviction by the remedy of habeas corpus. Section 46-22-101(1), MCA. His claims concerning jurisdiction and his conviction are better addressed in a direct appeal with this Court where the entire record is available for review.

M. R. App. P. 4(5)(b)(i); § 46-20-104(1), MCA. Adams has not demonstrated illegal incarceration. Section 46-22-101(1), MCA.

We caution Adams to refrain from filing pleadings with this Court while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c). Accordingly,

IT IS ORDERED that Adams's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Christopher D. Abbott, First Judicial District Court; Angie Sparks, Clerk of District Court, Lewis and Clark County, under Cause No. DDC 2022-335; counsel of record; Kevin Downs, Lewis and Clark County Attorney; Bryan Norcross, Defense Counsel; Sergeant Bragg, and Michael Paul Adams personally.

DATED this 11 day of April, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices